<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name ___Integrated Insight Therapy, LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___Iowa___
                                                                    (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___Sep 8, 2023___          ✗  *Joel L Watts*
             MM / DD / YYYY                 Joel L Watts (Sep 8, 2023 00:00 MDT)
                                            Signature of individual signing on behalf of debtor

                                            Joel Watts
                                            Printed name

                                            Founder
                                            Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name __Integrated Insight Therapy, LLC__

United States Bankruptcy Court for the: __Northern__ District of __Iowa__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31).** Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lendora Capital | 855-536-3672 | Contract | | | | 164,770 |
| 2 | Kapitus | 800-780-7133 | Contract | | | | 163,390 |
| 3 | Cedar Advance | 718-400-9030 | Contract | | | | 144,220 |
| 4 | Delta Bridge Funding | contact@deltabridge.us | Contract | | | | 144,220 |
| 5 | Capital Assist  243 Tresser Blvd, 17th Flr Stamford, CT 06901 | | Contract | | | | 100,150 |
| 6 | SBA Loan | 833-572-0502 | Loan | | | | 68,090 |
| 7 | Marlin Bank | | Loan | | | | 18,410 |
| 8 | Marriott American Express | 336-393-1111 | Credit Card | | | | 1,500 |

Debtor  **Integrated Insight Therapy, LLC**
Name

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Amazon Business Prime Card | | Credit Card | | | | 1,210 |
| 10 U.S. Bank Credit Card | | Credit Card | | | | 1,160 |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name  Integrated Insight Therapy, LLC

United States Bankruptcy Court for the: Northern _____ District of Iowa
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:   Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................... $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................................. $ 71,010

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................................... $ 71,010

---

**Part 2:   Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................................... $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................................................... + $ 807,120

4. **Total liabilities**...................................................................................................................................... $ 807,120
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _Integrated Insight Therapy, LLC_

United States Bankruptcy Court for the: _Northern_ _____ District of _Iowa_
                                                                         (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | U.S. Bank, N.A. | Checking | 5 0 9 9 | $ 800 |
| 3.2. | First Colorado National | Checking | 1 2 3 5 | $ 0 |
| 3.3. | JBBS | Checking | 4 5 1 1 | $ 150 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Undeposited funds | $ 1,160 |
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 2,110

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Rental Deposits, various | $ 6,500 |
| 7.2. | | $ |

Debtor   Integrated Insight Therapy, LLC_____   Case number (if known)_____
          Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment
    8.1.  MCA Resolve_____   $ 23,550_____
    8.2.  _____   $ 15,460_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                          $ 39,660_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | _____ – _____ | = ...... → | $_____ |
|---|---|---|---|
|  | face amount    doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | _____ – _____ | = ...... → | $_____ |
|  | face amount    doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____

## Part 4:  Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                               % of ownership:
    15.1._____   _____%   _____   $_____
    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1._____   _____   $_____
    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                         $_____

---

| Debtor | Integrated Insight Therapy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor  Integrated Insight Therapy, LLC
_____
Name

Case number (if known)_____

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** including office equipment but excluding computers | $ 59,490 | Book | $ 14,790 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 19,910 | Book | $ 4,450 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 19,240

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Debtor | Integrated Insight Therapy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Integrated Insight Therapy, LLC
_____    Case number (if known)_____
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Various leases, office and residential | Tenant | $ 0 | | $ 0 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

## Schedule A/B
### Part 9 Real Property

| Street Address | Type of Property | Nature & Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 55.1 543 Main St., Delta, CO 81416 | Office | Tenant | $0 | $0 |
| 55.2 225 Minnesota Ave., Paonia, CO 81428 | Office (Clinic Space) | Tenant | $0 | $0 |
| 55.3 1555 Summit St., Norwood, CO 81423 | House | Tenant | $0 | $0 |
| 55.4 300 N. Townsend Ave., Block 55 Lot 13, Montrose, CO 81401 | Office | Tenant | $0 | $0 |
| 55.5 1414 Hawk Parkway, Unit C, Montrose, CO 81401 | Office | Tenant | $0 | $0 |
| 55.6 540 Main St., Suite No. 112 Delta, CO, 81416 | Office | Tenant | $0 | $0 |
| 55.7 140 W. 1st St., Cortez, CO | Office | Tenant | $0 | $0 |
| 55.8 1753 Main St., Grand Junction, CO 81504 | Office | Tenant | $0 | $0 |
| 55.9 959 Meeker St., Delta, CO 81416 | House | Tenant | $0 | $0 |
| 55.10 631 Palmer St., Delta, CO 81416 | House | Tenant | $0 | $0 |
| 55.11 111 North Park Street, Cortez, CO 81321 | Office | Tenant | $0 | $0 |
| 55.12 555 Meeker St., Delta, CO 81416 | Office | Tenant | $0 | $0 |
| 55.13 2560 Patterson Road, Grand Junction, CO 81501 | Office | Tenant | $0 | $0 |

Debtor    Integrated Insight Therapy, LLC
      Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____  _____ – _____ = ➔  $_____
                                 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
  Amanda Thurston
**Nature of claim**    Claim for tortious interference  $_____
**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____
**Nature of claim**    _____
**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
  Uncategorized asset  $ 10,000
_____  $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.  $ 10,000

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor      Integrated Insight Therapy, LLC

Name

Case number *(if known)*_____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,110 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 39,660 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 19,240 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 10,000 | |
| 91. **Total.** Add lines 80 through 90 for each column........................... 91a. | $ 71,010 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................   $ 71,010

**Fill in this information to identify the case:**

Debtor name ___Integrated Insight Therapy, LLC___

United States Bankruptcy Court for the: ___Northern___     District of ___Iowa___
                                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| _____ | _____  $_____ | $_____ |
| Creditor's mailing address | _____ | |
| _____ | _____ | |
| _____ | **Describe the lien** | |
| | _____ | |
| Creditor's email address, if known | **Is the creditor an insider or related party?** | |
| _____ | ☐ No  ☐ Yes | |
| Date debt was incurred _____ | **Is anyone else liable on this claim?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | |
| ☐ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated<br>☐ Disputed | |
| _____ | | |

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| _____ | _____  $_____ | $_____ |
| Creditor's mailing address | _____ | |
| _____ | _____ | |
| _____ | **Describe the lien** | |
| | _____ | |
| Creditor's email address, if known | **Is the creditor an insider or related party?** | |
| _____ | ☐ No  ☐ Yes | |
| Date debt was incurred _____ | **Is anyone else liable on this claim?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | |
| ☐ No | ☐ Contingent | |
| ☐ Yes. Have you already specified the relative priority? | ☐ Unliquidated<br>☐ Disputed | |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | | |
| _____ | | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

**Fill in this information to identify the case:**

Debtor _____Integrated Insight Therapy, LLC_____

United States Bankruptcy Court for the: ___Northern_____ District of __Iowa_____
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      Integrated Insight Therapy, LLC                              Case number *(if known)*_____
              Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Amazon Business Prime Card

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,210

Basis for the claim:  Business Credit Card

Date or dates debt was incurred  _____
Last 4 digits of account number  1  0  0  3

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Capital Assist

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100,150

Basis for the claim:  Merchant Account Agreement

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Cedar Advance LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144,220

Basis for the claim:  Merchant Account Agreement

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Delta Bridge Funding

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144,220

Basis for the claim:  _____

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Kapitus

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163,390

Basis for the claim:  Merchant Account Agreement

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Lendor Capital

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164,770

Basis for the claim:  Merchant Account Agreement

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ____Integrated Insight Therapy, LLC____     Case number (if known)_____
              Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address
Marlin Bank

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$18,410

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Marriott American Express

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Credit Card

$1,500

Date or dates debt was incurred  _____
Last 4 digits of account number  2 0 0 5

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
SBA Loan

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business loan

$68,090

Date or dates debt was incurred  _____
Last 4 digits of account number  7 8 0 4

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
U.S. Bank credit card

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Credit Card

$1,160

Date or dates debt was incurred  _____
Last 4 digits of account number  9 2 6 2

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____Integrated Insight Therapy, LLC_____          Case number *(if known)*_____
                        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $_____ |
| 5b.  **Total claims from Part 2** | 5b. ✚ | $_____ |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ |

**Fill in this information to identify the case:**

Debtor name   Integrated Insight Therapy, LLC

United States Bankruptcy Court for the: Northern         District of   Iowa
                                                                    (State)

Case number (If known): _____      Chapter   11

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

## Schedule G

## Contracts and Leases

| | Purpose of Contract | Nature of Debtor's Interest | Term Remaining | Contract Number | Other Party Name & Mailing Address |
|---|---|---|---|---|---|
| 2.1 | Lease | Tenant | 3 years | | CIT Bank, N.A., 10201 Centurion Parkway N. #100 Jacksonville, FL 32256 |
| 2.2 | Lease | Tenant | | | Prosperity & Health LLC, 225 Minnesota Ave., Paonia CO 81428 |
| 2.3 | Sublease | Subtenant | 7 Months | | Mesa Owen (Sublessor) |
| 2.4 | Commercial Lease | Tenant | Commenced July 01, 2023, 6 month term with first option to extend | | Connect Atlas LLC, 300 N. Townsend Ave, Montrose CO 81401 |
| 2.5 | Commercial NNN Lease | Tenant | 9 Months | | Deep Creek #5, LLC, PO Box 1990, Telluride, CO 81435 |
| 2.6 | Commercial Lease | Tenant | | | Nesly LLC, 514 28 1/4 Rd., Suite 5 Grand Junction, CO 81501 |
| 2.7 | Lease | Tenant | 3 Months | | 3 G LLC, 140 W. 1st St., Cortez, CO 81321 |

| | Purpose of Contract | Nature of Debtor's Interest | Term Remaining | Contract Number | Other Party Name & Mailing Address |
|---|---|---|---|---|---|
| 2.8 | Lease | Tenant | 10 Months | | Linda McKee, address not provided by landlord |
| 2.9 | Lease | Tenant | 1 Month | | Aardvark Realty, 248 Main St., Delta, CO 81416 |
| 2.10 | Lease | Tenant | | | Ruth Belabbas, address not provided |
| 2.11 | Commercial Lease | Tenant | 3 Years and 3 Months | | B&K Denby Trust, LLC, address not provided by landlord |
| 2.12 | Commercial Lease | Tenant | 4 Years and 1 Month | | Delta Family Physicians LLP, 20981 Fairview Rd., Austin, CO 81410 |
| 2.11 | Business Lease | Tenant/Lessee | 4 Years and 7 Months | | Dam Mad Land Company, LLC, 1888 Deer Park Circle North Grand Junction, CO 81507 |
| 2.13 | Consultant Agreement | Employer of Consultant | Effective Until Terminated by either party or completion | | Cascadia Management Group, 269 W. Front St., Suite D, Missoula, MT 59802 |

| | Purpose of Contract | Nature of Debtor's Interest | Term Remaining | Contract Number | Other Party Name & Mailing Address |
|---|---|---|---|---|---|
| 2.14 | Client Accounting Services | Client | 3 Months | | DWC Advisors, 464 Main St., PO Box 430, Grand Junction, CO 81502-0430 |
| 2.15 | Account Services | Client | Unidentifiable | | RingCentral, address not provided by service provider |
| 2.16 | Contract for Pharmacy Products | Client/Contracting Entity | Continuous until terminated by either party | | Genoa Healthcare LLC, 605 E. Miami, Rd., Suite 100 Montrose, CO 81401 |
| 2.17 | Equine Assisted Psychotherapy and Facility Use Agreement | User of facility | Unidentifiable | | Kelly Jones dba Unbridled Connection, address not provided by facility owner. |
| 2.18 | Licensing Designation Report | Reported on entity | Expired August 31, 2023; Site Visit occurred August 30, 2023, report formulated August 31, 2023 | | Elissa Baker, LPC Colorado Behavioral Health Administration, address not provided |

| | Purpose of Contract | Nature of Debtor's Interest | Term Remaining | Contract Number | Other Party Name & Mailing Address |
|---|---|---|---|---|---|
| 2.19 | Licensing Designation Report | Reported on entity | Expired August 31, 2023; Site Visit occurred August 30, 2023, report formulated August 31, 2024 | | Elissa Baker, LPC Colorado Behavioral Health Administration, address not provided |
| 2.20 | Provider Agreement | Contractor | 10 Months | | Rocky Mountain Health Maintenance Organization, Inc., address not provided |
| 2.21 | Professional Services Contract for | Contractor | 8 Months | RFQ-CORE-2020 | Mesa County, Colorado |
| 2.22 | Business Debt Resolution and Settlement Agreement | Client | 17 Months | | MCA Resolve, LLC, 220 Congress Park STE 215 Delray Beach, FL 33445 |
| 2.23 | Business Debt Resolution and Settlement Agreement | Client | 12 Months | | MCA Resolve, LLC, 220 Congress Park STE 215 Delray Beach, FL 33446 |

| | Purpose of Contract | Nature of Debtor's Interest | Term Remaining | Contract Number | Other Party Name & Mailing Address |
|---|---|---|---|---|---|
| 2.24 | Stabilization of clients; community health | Contractor | | | Delta County Alternative Sentencing Department, 550 Palmer Street, #350, Delta, CO 81416-1610 |
| 2.25 | Service Agreement | Provider of mental health services | 11 Months | | Office of Civil and Forensic Mental Health in the Colorado Department of Human Services, 1575 Sherman Street, Denver, CO 80203 |
| 2.26 | Service Agreement | Service Provider | 31-May-23 | 2022-111 | Montrose County Human Services |
| 2.27 | Lease | Tenant | | | |
| 2.28 | Lease | Tenant | | | 225 Minnesota Ave., Paonia, CO 81428 |
| 2.29 | Lease | Tenant | | | 1555 Summit St., Norwood, CO 81423 |
| 2.30 | Lease | Tenant | | | 300 N. Townsend Ave., Block 55 Lot 13, Montrose, CO 81401 |
| 2.31 | Lease | Tenant | | | 1414 Hawk Parkway, Unit C, Montrose, CO 81401 |
| 2.32 | Lease | Tenant | | | 540 Main St., Suite No. 112, Delta, CO, 81416 |
| 2.33 | Lease | Tenant | | | 140 W. 1st St., Cortez, CO |
| 2.34 | Lease | Tenant | | | 1753 Main St., Grand Junction, CO 81504 |
| 2.35 | Lease | Tenant | | | 959 Meeker St., Delta, CO 81416 |
| 2.36 | Lease | Tenant | | | 631 Palmer St., Delta, CO 81416 |

| Purpose of Contract | Nature of Debtor's Contract Interest | Term Remaining | Contract Number | Other Party Name & Mailing Address |
|---|---|---|---|---|
| 2.37 Lease | Tenant | | | 111 North Park Street, Cortez, CO 81321 |
| 2.38 Lease | Tenant | | | 555 Meeker St., Delta, CO 81416 |
| 2.39 Lease | Tenant | | | 2560 Patterson Road, Grand Junction, CO 81501 |

**Fill in this information to identify the case:**

Debtor name _Integrated Insight Therapy, LLC_

United States Bankruptcy Court for the: _Northern_ District of _Iowa_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br><br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |