# Integrated Insight Therapy
# Balance Sheet
### As of September 7, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| EXPENSE CHECKING (5099) | 809.99 |
| First Colorado National 1235 | -19,817.11 |
| JBBS Checking (4511) | 143.44 |
| Operating | -19,826.50 |
| **Total Bank Accounts** | **-$ 38,690.18** |
| **Accounts Receivable** | |
| Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$ 0.00** |
| **Other Current Assets** | |
| Uncategorized Asset | 10,000.00 |
| Undeposited Funds | 1,159.60 |
| Wages Advanced | -12,183.40 |
| **Total Other Current Assets** | **-$ 1,023.80** |
| **Total Current Assets** | **-$ 39,713.98** |
| **Fixed Assets** | |
| **Fixed Assets** | |
| Accumulated Depreciation | -58,150.00 |
| Computer Equipment | 17,908.81 |
| Furniture and Equipment | 59,488.14 |
| **Total Fixed Assets** | **$ 19,246.95** |
| **Total Fixed Assets** | **$ 19,246.95** |
| **Other Assets** | |
| Rental Deposit | 6,500.00 |
| **Total Other Assets** | **$ 6,500.00** |
| **TOTAL ASSETS** | **-$ 13,967.03** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -29,725.00 |
| **Total Accounts Payable** | **-$ 29,725.00** |
| **Credit Cards** | |
| Amazon Business Prime Card (1003) - 2 | 1,212.01 |
| Divvy | -9,229.43 |
| Marriott AmExpress (22005) | 1,497.38 |
| US BANK Credit Card (9262) | 1,163.49 |
| **Total Credit Cards** | **-$ 5,356.55** |
| **Total Current Liabilities** | **-$ 35,081.55** |

| | | |
|---|---:|---:|
| **Long-Term Liabilities** | | |
|   **Future Receivables Notes Payable** | | |
|     Capital Assist Note Payable | | 261,650.48 |
|     Cedar Advance LLC Note Payable | | 144,221.12 |
|     Delta Bridge Funding Note Payable | | 144,218.00 |
|     Kapitus Note Payable | | 163,392.50 |
|     Lendora Note Payable | | 164,772.72 |
|     Marlin Bank Loan - Scram Funding | | 18,410.64 |
|   **Total Future Receivables Notes Payable** | $ | **896,665.46** |
|   SBA Loan | | 61,300.00 |
| **Total Long-Term Liabilities** | $ | **957,965.46** |
| **Total Liabilities** | $ | **922,883.91** |
| **Equity** | | |
|   **Member's Draws** | | -127,175.67 |
|     Joel Watts Draws | | -356,600.52 |
|     Laura Blair Draws | | -70,587.03 |
|       Laura - AFLAC benefit | | -4,459.56 |
|   **Total Laura Blair Draws** | -$ | **75,046.59** |
|   **Total Member's Draws** | -$ | **558,822.78** |
|   Retained Earnings | | 517,893.89 |
|   Net Income | | -895,922.05 |
| **Total Equity** | -$ | **936,850.94** |
| **TOTAL LIABILITIES AND EQUITY** | -$ | **13,967.03** |

Thursday, Sep 07, 2023 03:32:29 PM GMT-7 - Accrual Basis

# Integrated Insight Therapy
# Profit and Loss
### January 1 - September 7, 2023

|  | Total |
|---|---:|
| **Income** | |
|   Fee for Service Income | 2,531,509.32 |
|   Grant Funds | 375,000.00 |
|   Project Income | 1,778,638.65 |
|   Uncategorized Income | 16,148.79 |
| **Total Income** | **$ 4,701,296.76** |
| **Cost of Goods Sold** | |
|   ClientCare | 36,197.75 |
|     Client Auto - Fuel, Repairs, Insurance, Registration | 10,639.37 |
|     Client Medical / Psychiatric Appointments | 8,342.37 |
|     Client Residential | 1,698.65 |
|       House Rental Expense | 36,004.44 |
|       House Repair & Maintenance | 1,547.55 |
|       Utilities | 7,208.27 |
|     **Total Client Residential** | **$ 46,458.91** |
|     Client Supplies | 16,356.23 |
|     Groups and Graduation | 469.02 |
|     Interpretation Service | 160.00 |
|     Medical Records and Supplies | 46,734.41 |
|     Mental Health Meds | 4,563.16 |
|     Residential Client Meals & Groceries (100%) | 46,567.56 |
|     Storage Units | 735.00 |
|     Telephone Expense | 2,406.43 |
|     Travel / Lodging | 45,736.99 |
|   **Total ClientCare** | **$ 265,367.20** |
| **Total Cost of Goods Sold** | **$ 265,367.20** |
| **Gross Profit** | **$ 4,435,929.56** |
| **Expenses** | |
|   Advertising and Promotion | 48,287.20 |
|   Automobile Expense (IMPACT car only) | |
|     Auto Insurance | 867.02 |
|     Fuel | 2,102.23 |
|     Repairs & Maintenance | 1,984.78 |
|   **Total Automobile Expense (IMPACT car only)** | **$ 4,954.03** |
|   Bank Service Charges | 1,237.96 |
|     AR Loan Fees | 385,229.74 |
|   **Total Bank Service Charges** | **$ 386,467.70** |
|   Business Licenses and Permits | 3,420.41 |
|   Business Meals and Entertainment (50%) | 6,620.11 |
|   Charity | 17,745.52 |
|   Computer Expenses | 9,779.37 |

| | | |
|---|---:|---:|
| **Computer Hardware & Supplies (below $2500)** | | 31,926.77 |
| **Software** | | 53,870.62 |
| **Total Computer Expenses** | $ | **95,576.76** |
| **Construction** | | 2,383.94 |
| **Contractor Expenses** | | 125,027.96 |
| **Dues and Subscriptions** | | 2,417.82 |
| **Employee Gifts - Retention** | | 396.00 |
| **Employee Travel Meals** | | 415.67 |
| **Insurance Expense** | | 22,430.48 |
| **Interest Expense** | | 3,887.00 |
| **Legal & Professional Fees** | | 101,413.19 |
| **Mileage Reimbursement** | | 3,965.05 |
| **Office Supplies** | | 41,936.32 |
|   Copier Maintenance Fees | | 2,739.56 |
|   Equipment Rental/Copier Lease | | 1,545.56 |
|   Postage | | 438.90 |
| **Total Office Supplies** | $ | **46,660.34** |
| **Payroll Expenses** | | 328,038.51 |
|   401K Match | | 16,794.86 |
|   EPLI Insurance Fees | | 3,048.47 |
|   FMLA & Leave Administration | | 85.00 |
|   Garnishments | | 1,974.60 |
|   Health Benefits | | 100,728.42 |
|   Payroll Processing Expense | | 49,528.35 |
|   Taxes | | 285,600.73 |
|   Wages | | 3,045,592.86 |
|     Bonus | | 12,000.00 |
|   **Total Wages** | $ | **3,057,592.86** |
|   Work Comp Insurance | | 10,032.85 |
| **Total Payroll Expenses** | $ | **3,853,424.65** |
| **QuickBooks Payments & CC Merchant Fees** | | 232.17 |
| **Reimbursable Expenses** | | 4,565.45 |
| **Rent Expense** | | 163,280.95 |
| **Repairs and Maintenance** | | 27,742.25 |
|   Cleaning Services | | 930.00 |
| **Total Repairs and Maintenance** | $ | **28,672.25** |
| **Small Medical Equipment** | | 11,383.10 |
| **Supplies & Materials** | | 27,348.80 |
| **Taxes & Licenses** | | 68.56 |
| **Training** | | 138,325.26 |
|   Training Mileage | | 254.80 |
| **Total Training** | $ | **138,580.06** |
| **Uncategorized Expense** | | 198,024.93 |
| **Utilities** | | 31,905.58 |
| **Total Expenses** | $ | **5,329,555.68** |
| **Net Operating Income** | -$ | **893,626.12** |
| **Other Income** | | |

|  |  |  |
|---|---:|---:|
| **EIDL loan forgiveness income** |  | 1,000.00 |
| **Total Other Income** | **$** | **1,000.00** |
| **Other Expenses** |  |  |
| Meetings |  | 79.69 |
| Reconciliation Discrepancies |  | 104.93 |
| Training Mileage |  | 3,111.31 |
| **Total Other Expenses** | **$** | **3,295.93** |
| **Net Other Income** | **-$** | **2,295.93** |
| **Net Income** | **-$** | **895,922.05** |

Thursday, Sep 07, 2023 03:32:03 PM GMT-7 - Accrual Basis