# Integrated Insight Therapy
# Statement of Cash Flows
### January 1 - September 7, 2023

**OPERATING ACTIVITIES**
  **Net Income**
  **Adjustments to reconcile Net Income to Net Cash provided by operations:**
    Accounts Receivable (A/R)
    Wages Advanced
    Accounts Payable
    Amazon Business Prime Card (1003) - 2
    Divvy
    Marriott AmExpress (22005)
    US BANK Credit Card (9262)
    ForaFinancial Infusion Loan (deleted)
  **Total Adjustments to reconcile Net Income to Net Cash provided by operations:**
**Net cash provided by operating activities**
**INVESTING ACTIVITIES**
  Fixed Assets:Computer Equipment
  Fixed Assets:Furniture and Equipment
  Rental Deposit
**Net cash provided by investing activities**
**FINANCING ACTIVITIES**
  Future Receivables Notes Payable:Capital Assist Note Payable
  Future Receivables Notes Payable:Cedar Advance LLC Note Payable
  Future Receivables Notes Payable:Delta Bridge Funding Note Payable
  Future Receivables Notes Payable:Kapitus Note Payable
  Future Receivables Notes Payable:Lendora Note Payable
  Future Receivables Notes Payable:Marlin Bank Loan - Scram Funding
  SBA Loan
  Member's Draws
  Member's Draws:Joel Watts Draws
**Net cash provided by financing activities**
**Net cash increase for period**
**Cash at beginning of period**
**Cash at end of period**

Thursday, Sep 07, 2023 03:33:36 PM GMT-7

|     | Total |
| --- | ---: |
|     | -895,922.05 |
|     | 0.00 |
|     | 12,183.40 |
|     | -29,725.00 |
|     | 1,212.01 |
|     | -9,229.43 |
|     | 1,597.38 |
|     | 1,163.46 |
|     | -1,995.00 |
| -$  | **24,793.18** |
| -$  | **920,715.23** |
|     | -2,668.86 |
|     | -4,618.11 |
|     | -1,000.00 |
| -$  | **8,286.97** |
|     | 261,650.48 |
|     | 144,221.12 |
|     | 144,218.00 |
|     | 163,392.50 |
|     | 164,772.72 |
|     | -8,941.12 |
|     | -900.00 |
|     | -10,000.00 |
|     | -157,576.89 |
| $   | **700,836.81** |
| -$  | **228,165.39** |
|     | 190,634.81 |
| -$  | **37,530.58** |