BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| Delta Co, LLC, | ) | Case No. 23-00719 |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| Integrated Insight Therapy, LLC, | ) | Case No. 23-00720 |
| Debtor. | ) | |

The undersigned hereby enters their appearance on behalf of the United States Trustee. Pursuant to Rule 2002, U.S. Bankruptcy Rules, the undersigned hereby requests that copies of all papers filed or served in this case be sent to:

> Janet G. Reasoner
> Assistant U.S. Trustee
> 111 7th Ave SE, Box 17
> Cedar Rapids IA  52401
> (319) 364-2211
> Janet.G.Reasoner@usdoj.gov

Please take further notice this request includes all notices and papers, including reports, 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints or demand, whether formal or informal, by any means transmitted, and all notices thereof. This Notice of Appearance and Request for Notice does not constitute any consent for any violation of Bankruptcy Rule 2003, nor does it constitute a consent of jurisdiction of the court over non-core proceeding under 28 U.S.C. § 1557.

Dated this 13th of September, 2023

        Respectfully Submitted,
        **Mary R. Jensen**
        Acting United States Trustee

        By: /s/ Janet G. Reasoner
        Assistant U.S. Trustee
        111 7th Ave SE, Box 17
        Cedar Rapids IA  52401
        (319) 364-2211 ext 230
        Janet.G.Reasoner@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on September 13, 2023:

All parties receiving ECF Notifications

Eric Langston, Debtor's attorney

        /s/ Jennifer L. Cline
        Jennifer L. Cline
        Paralegal Specialist
        Office of U.S. Trustee