BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| In re: | ) | Chapter 11 |
| Delta, LLC, | ) | Case No. 23-00719 (TJC) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| Integrated Insight Therapy, LLC, | ) | Case No. 23-00720 (TJC) |
| Debtor. | ) | |

## ORDER TRANSFERRING CASES

These cases came before the Court for hearing on September 14, 2023 on Debtor's *(I) Motion for Procedural Consolidation and Joint Administration, (II) Motion for Order Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Their Existing Business Forms, and (III) Motion for Order Authorizing Payment of Prepetition Employee Wages, Salaries, Benefits, and Business Expenses.*

The United States Trustee raised a number of concerns regarding the appropriateness of the Northern District of Iowa as venue for these cases. After due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The venue in the Northern District of Iowa is not proper.

2. In accordance with 28 U.S.C. § 1412, a district court may "transfer a case or proceeding under title 11 to a district court for another district, in the interest of justice or for the convenience of the parties."

3. In the interest of justice, venue of these proceedings shall be transferred to the District of Colorado Bankruptcy Court.

4. All rulings on the motions before the Court are deferred for final adjudication in the Colorado Bankruptcy Court.

Dated and entered this **14th** of September, 2023.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

**Mary R. Jensen**
Acting United States Trustee

By: **/s/ Claire R. Davison**
Trial Attorney
210 Walnut Street, Room 793
Des Moines, IA 50309
202-320-3943
Claire.r.davison@usdoj.gov