tranrcpt 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Integrated Insight Therapy, LLC

Chapter 11

Bankruptcy No. 23-00720

Debtor

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

SEP 18 2023

By: _____ Clerk of Court
Deputy

## CASE TRANSFERRED

Notification of Order Transferring Cases Ordered on 9/14/2023.

District Office #0862
Office Code # 1
Reopen/Origin Code # t

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Date: September 14, 2023

Deputy Clerk
nicole_becker@ianb.uscourts.gov

*NOTE: Please fill out bottom portion and email to the clerk's office listed above.*

---

## ACKNOWLEDGEMENT OF RECEIPT FOR CASE TRANSFERRED

District Office #1082 Docket
Number # 23-14132-JGR

Office Code #1
Reopen/Origin Code #1

The undersigned hereby acknowledges receipt of this file by dating and signing this document and returning to above court address or email address.

Date: September 14, 2023

_____ Laura Guice
(CLERK/DEPUTY CLERK AND DISTRICT)